USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/2/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BIOEXATA FARMACIA de MANIPULACAO      :
EIRELI, et al.,                       :
                                      :  21 Civ. 4606 (VM)
                Plaintiffs,           :
                                      :
   - against -                        :  ORDER
                                      :
JOAO DJALMA PRESTERS, JR., et al.,    :
                                      :
                Defendants.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on May 24, 2021, to date no service of process has been made on any defendant except for Joao Djalma Prestes, Jr., for whom the Clerk's Certificate of Default was filed on October 20, 2021. Accordingly, it is hereby

**ORDERED** that the Complaint is dismissed without prejudice pursuant to Rule 4(m). The plaintiff is directed to complete service of process of a newly filed Complaint on remaining defendant(s) by November 12, 2021 or show cause why the action should not be dismissed with prejudice.

**SO ORDERED.**

Dated:   New York, New York
         November 2, 2021

                                        _____
                                            Victor Marrero
                                              U.S.D.J.