USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| BIOEXATA FARMÁCIA DE MANIPULAÇÃO EIRELI, VERDES CAMPOS EMPREENDIMENTOS AGROPECUÁRIOS LTDA, BENEVIDES MADEIRA LTDA, AND OMEGA CONSTRUTORA E INCORPORADORA EIRELI, | : : : : : : : : | |
| Plaintiffs, | : | Case No.: 21-cv-04606-VM |
| v. | : : | **DEFAULT JUDGMENT** |
| JOÃO DJALMA PRESTES JUNIOR (A/K/A JOÃO PEREIRA), | : : : | |
| Defendant, | : x | |

This action having been commenced on May 24, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant, João Djalma Prestes Junior ("Defendant"), on August 3, 2021, by service through the Office of the Sheriff of the City of New York, and proof of service having been filed on August 24, 2021, and the Defendant not having answered the Complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED: That plaintiffs Bioexata Farmácia de Manipulação Eireli, Verdes Campos Empreendimentos Agropecuarios Ltda., Benevides Madeira Ltda., and Omega Construtora E Incorporadora Eireli (collectively, the "Plaintiffs") have judgment against Defendant and shall recover statutory damages in the amount of $12,533,017.95, and attorneys' fees and costs incurred pursuing this action in the amount of $46,844.20.

Dated: New York, New York
      January 10, 2022

_____
Victor Marrero
U.S.D.J.